IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01565-RPM

MARK STEPHEN ELLIS,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and JOHN W. SUTHERS, Attorney General, State of Colorado,

    Defendants.

_____

ORDER TO ANSWER
_____

Upon review of the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and Combined Brief in Support Thereof, filed June 4, 2014, and pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is

ORDERED that the respondents shall answer the petition on or before August 18, 2014, and the Clerk shall serve a copy of the petition and this order on the respondents.

DATED: June 10th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge