IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01565-RPM

MARK STEPHEN ELLIS,

    Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

ORDER SETTING TIME FOR REPLY
_____

    Pursuant to Rule 5(e) of the rules governing section 2254 cases, it is

    ORDERED that the petitioner may file a reply to the Answer, filed today, on or before September 15, 2014.

    DATED: August 15th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge