# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Richard P. Matsch

Civil Action No. 14-cv-01565 RPM

MARK STEPHEN ELLIS,

    Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections; and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

## ORDER TO SUPPLEMENT PETITION

Upon review of Petitioner Mark Stephen Ellis' Petition for a Writ of Habeas Corpus, Respondents' Answer thereto, and Petitioner's Reply, it is

ORDERED that on or before October 23, 2014, counsel for Petitioner Ellis will supplement the Petition by filing transcripts of Petitioner's trial and the evidentiary hearing held in connection with his Colorado Rule of Criminal Procedure 35(c) motion for post conviction relief.

    Dated:    October 2, 2014.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch
                                          Senior Judge