IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01565-RPM

MARK STEPHEN ELLIS,

    Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz, Secretary

    The Joint Motion for Corrections of Hearing Transcript [23] is granted.

DATED: December 19, 2014