IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01565-RPM

MARK STEPHEN ELLIS,

    Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.

_____

ORDER DENYING MOTION TO ALTER ORDER AND JUDGMENT
_____

    Because the Court has made additional findings pursuant to the Respondents' motion [Doc. 29], it is

    ORDERED that the Motion to Alter Order and Judgment [Doc. 30] is denied.

    DATED: February 25th, 2015

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge