IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01565-RPM

MARK STEPHEN ELLIS,

    Petitioner,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and CYNTHIA COFFMAN, Attorney General, State of Colorado,

    Respondents.

_____

ORDER FOR STAY OF AMENDED JUDGMENT
_____

    Upon consideration of the Respondents' Motion for Stay of Judgment [Doc. 32], it is

    ORDERED that enforcement of the Amended Judgment entered on February 25, 2015, is stayed through issuance of a mandate from the Tenth Circuit Court of Appeals if the Respondents file a timely notice of appeal.

    DATED: February 25, 2015

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge